■
151 So.2d 225

**Robert L. ALDAY**

v.

**STATE.**

I Div. 129.

Supreme Court of Alabama.

March 14, 1963.

Harry Seale, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Robert L. Alday for certiorari to the Court of Appeals to review and revise the judgment and decision in Alday v. State, 151 So.2d 220.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

■
149 So.2d 926

**Ex parte Johnnie BATCHELOR.**
6 Div. 938.

Supreme Court of Alabama.

Dec. 20, 1962.

Rehearing Denied Feb. 28, 1963.

Norman E. Moon, Birmingham, for petitioner.

Robt. H. Thomas, Hamilton, opposed.

LIVINGSTON, Chief Justice.

Petition of Johnnie Batchelor for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Batchelor, 149 So.2d 923.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

■
148 So.2d 250

**J. Paul MEEKS, Judge of Probate, et al.,**

v.

**Gardner F. GOODWYN, Jr., Judge, Circuit Court Jefferson County.**

6 Div. 881.

Supreme Court of Alabama.

July 12, 1962.

W. Gerald Stone, Huey, Stone & Patton, Bessemer, for petitioner.

Gardner F. Goodwyn, Jr., Bessemer, respondent.

PER CURIAM.

Writ granted.

LIVINGSTON, C. J., and MERRILL, COLEMAN, and HARWOOD, JJ., concur.